MARI A. CUMING, Appellant, *v.* GEORGE W. RODERICK, Respondent, Impleaded with Another.

*Cuming* v. *Roderick*, 42 App. Div. 620, affirmed.
(Argued April 30, 1901 ; decided May 14, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Alfred B. Cruikshank* for appellant.

*James W. Glendinning* and *George W. Roderick* for respondent.

Judgment affirmed, with costs, on opinion of PATTERSON, J., in 28 App. Div. 253.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.